

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00265-CR

Edward Lloyd **HUGHES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16695
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that the Kerr County District Clerk delete the assessment of costs for attorney's fees in the amount of $4,576.75 from the bill of costs.

SIGNED March 28, 2018.

_____
Rebeca C. Martinez, Justice